# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BRADY ALAN MISNER, individually and on behalf of all others similarly situated, | : : CIVIL ACTION FILE NO. 2:24-cv-04143-SDM-CMV |
| Plaintiff, | : |
| v. | : |
| BRYANT & STRATON COLLEGE INC. | : |
| Defendants. | : |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: January 22, 2025

                PLAINTIFF,
                By his attorneys

By: */s/ Anthony I. Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that on January 22, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony Paronich*
Anthony Paronich